IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Docket No. 3:11CV450-MOC-DSC

| | | |
|---|---|---|
| SHIRLEY BOSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| PETE DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER COMES BEFORE THE COURT** *sua sponte* regarding the filing of "Defendant Captain Pete Davis Motion To Dismiss," Doc. 10, on September 30, 2011 and "Motion to Dismiss of Defendants Benard and Williams," Doc. 11, on October 18, 2011.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendants' Motions. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the DISMISSAL OF THE COMPLAINT WITH PREJUDICE.

**IT IS THEREFORE ORDERED** that Plaintiff is allowed until November 18, 2011 to respond to "Defendant Captain Pete Davis Motion To Dismiss," Doc. 10, and "Motion to Dismiss of Defendants Benard and Williams," Doc. 11.

**SO ORDERED.**

Signed: October 19, 2011

David S. Cayer
United States Magistrate Judge