# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shirley Boston,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-450

Pete Davis, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2012 Order.

                                            Signed: June 7, 2012

                                            *Frank G. Johns*, Clerk
                                            United States District Court